ROBERT S. MCWHORTER (SBN 226186)
*robert.mcwhorter@leclairryan.com*
JARRETT S. OSBORNE-REVIS (SBN 289193)
*Jarrett.osborne-revis@leclairryan.com*
LeClairRyan
980 9th Street, 16th Floor
Sacramento, CA   95814
Telephone: 916.246-1145
Facsimile: 916.449.9694

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION,
SUCCESSOR IN INTEREST TO THE FDIC AS
RECEIVER FOR DOWNEY SAVINGS AND LOAN
ASSOCIATION, F.A., erroneously sued as
U.S. BANCORP d/b/a U.S. BANK, N.A.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNA**

| | |
|---|---|
| FERNANI S. NARVASA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>U.S. BANCORP d/b/a U.S. BANK, N.A. and DOES 1-10, inclusive,<br><br>　　　　Defendants. | **Case No.:**   2:15-cv-02369-KJM-EFB<br><br>**ORDER GRANTING STIPULATION EXTENDING U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO THE FDIC AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., ERRONEOUSLY SUED AS U.S. BANCORP D/B/A U.S. BANK, N.A.'S DEADLINE TO OPPOSE PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**<br><br>**Date:**　　September 9, 2016<br>**Time:**　　10:00 a.m.<br>**Judge:**　　Hon. Kimberly J. Mueller<br>**Place:**　　Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA  95814<br>　　　　　Courtroom 3, 15th floor<br><br>Complaint Filed:  November 14, 2015<br>Trial Date:  None Set |

## ORDER

Pursuant to the Stipulation of the Parties, **IT IS HEREBY ORDERED** that Defendant's opposition to Plaintiff's response to the Order to Show Cause is hereby due on August 26, 2016. Plaintiff's reply, if any, shall be filed by September 2, 2016.

IT IS SO ORDERED.

Dated: August 24, 2016

_____
UNITED STATES DISTRICT JUDGE